AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>JAMELIA THOMPSON<br>*Defendant(s)* | Case No. 1:22-mj-02049-JMC |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:50 pm, Jul 07 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 2016 - May 2019** in the county of **Baltimore** in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1028A | Aggravated Identity Theft |
| 18 U.S.C. §1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Adam Cowan, TIGTA
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 7, 2022

_____
Judge's signature

City and state: Baltimore, Maryland

J. Mark Coulson, U.S. Magistrate Judge
Printed name and title